**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D. S.C., individually and on behalf of similarly situated persons, | ) ) ) ) | 16-cv-7643 |
| | ) | Honorable John J. Tharp |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RELX INC., d/b/a LEXISNEXIS, and CORPORATE DOES 1-3, | ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO CHANGE THE CASE CAPTION AND
UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

NOW COME Plaintiff Florence Mussat, M.D. S.C., by and through its counsel, moves this Court for an Order directing that the case caption be changed to Enclarity Inc. as a Defendant and terminating RELX Inc. as a Defendant. Defendant Enclarity Inc. does not oppose this request. In consideration of the agreement above and in light of the recent substitution of counsel, Defendant Enclarity Inc. requests and Plaintiff does not oppose, an extension of time up to and including October 24, 2016, to respond to the Complaint, or any Amended Complaint that the Court requires.

1. RELX's response to the Complaint, after a 21-day Extension of Time, is currently due on September 8, 2016. Doc. 13.

2. This motion resolves Plaintiff's pending Rule 26(d)(1) motion, docket 14.

3. Enclarity Inc., if ultimately required to answer Plaintiff's Complaint, shall respond as if the Complaint were directed to it.

4. Alternatively, if the Court desires, Plaintiff can file an Amended Complaint changing the caption and the allegations to reflect Enclarity Inc. as the Defendant.

5. Given the recent substitution of counsel, Plaintiff does not oppose an extension of time for Enclarity Inc. to have up to and including October 24, 2016, to respond to the Complaint, or any Amended Complaint that the Court requires.

WHEREFORE the reasons above, Plaintiff requests this Honorable Court to enter an Order directing the case caption to be changed to Enclarity Inc. as a Defendant and terminating RELX Inc. as a Defendant. Plaintiff also requests this Honorable Court to enter an Order mooting Plaintiff's Rule 26(d)(1) motion, docket 14. Defendant respectfully requests an Order granting an extension of time, until October 24, 2016, to respond to the Complaint.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com
*Counsel for Plaintiff*


/s/ John Ellis
John Ellis
Ellis Legal P.C.
250 South Wacker Drive, Suite 600
Chicago, Illinois 60606
(312) 967-7629 (Tel)
jellis@ellislegal.com

James F. McCabe
Tiffany Cheung
Ben Patterson
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

(415) 268-7000 (Tel)
(415) 268-7522 (Fax)
jmccabe@mofo.com
tcheung@mofo.com
bpatterson@mofo.com

*Counsel for Defendant Enclarity Inc.*