UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Florence Mussat, M.D. S.C., individually and on behalf of similarly situated persons, | Case No. 1:16-cv-07643 |
| Plaintiff, | Honorable John J. Tharp, Jr. |
| v. | Honorable M. David Weisman |
| **Enclarity, Inc.**, and **Corporate Does 1-3**, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Enclarity, Inc. respectfully moves, pursuant to Federal Rule of Civil Procedure 12(c), for Judgment on the Pleadings. As set forth in the Memorandum in support being filed concurrently herewith, this Court lacks personal jurisdiction over the claims of any putative class member outside of Illinois pursuant to the United States Supreme Court's decision in *Bristol-Myers Squibb Co. v. Superior Court,* 137 S. Ct. 1773 (2017). Defendant Enclarity, Inc. respectfully requests that the Court enter judgment in favor of Defendant with respect to the claims of the nonresident putative class members.

Dated: May 31, 2018  Respectfully submitted,

*/s/ Tiffany Cheung*

James F. McCabe
Tiffany Cheung
Ben Patterson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000 (Tel)
(415) 268-7522 (Fax)
jmccabe@mofo.com
tcheung@mofo.com
bpatterson@mofo.com

John Ellis
ELLIS LEGAL P.C.
200 West Madison Street, Suite 1940
Chicago, Illinois 60606
(312) 967-7629 (Tel)
jellis@ellislegal.com

*Counsel for Defendant Enclarity, Inc.*

## CERTIFICATE OF SERVICE

I, Tiffany Cheung, hereby certify that on May 31, 2018, I caused a copy of Defendant's Motion for Judgment on the Pleadings to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the below parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

| | |
|---|---|
| Curtis C. Warner<br>WARNER LAW FIRM, LLC<br>350 S. Northwest Highway, Suite 300<br>Park Ridge, IL 60068<br>(847) 701-5290 (Tel)<br>cwarner@warnerlawllc.com<br><br>*Counsel for Plaintiff* | Daniel A. Edelman<br>Cathleen M. Combs<br>Heather Kolbus<br>Dulijaza (Julie) Clark<br>Edelman, Combs, Latturner &<br>Goodwin, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200 (Tel)<br>courtecl@edcombs.com<br>dedelman@edcombs.com<br>ccombs@edcombs.com<br>hkolbus@edcombs.com<br>jclark@edcombs.com<br><br>*Counsel for Plaintiff* |

                                         */s/ Tiffany Cheung*
                                         Tiffany Cheung

                                         Tiffany Cheung
                                         MORRISON & FOERSTER LLP
                                         425 Market Street
                                         San Francisco, California 94105-2482
                                         (415) 268-7000 (Tel)
                                         (415) 268-7522 (Fax)
                                         tcheung@mofo.com

                                         *Counsel for Defendant Enclarity, Inc.*