## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Florence Mussat, M.D. S.C.

                                Plaintiff,

v.                                                      Case No.: 1:16−cv−07643
                                                       Honorable John J. Tharp Jr.

Relx Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2020:

      MINUTE entry before the Honorable M. David Weisman:Status hearing set for 6/17/2020 is stricken. Parties are directed to contact Courtroom Deputy, Alyssia Owens via email to set a status hearing after the stay of discovery is lifted and/or if they are interested in a settlement conference. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.