IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> ENCLARITY INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> 16 C 7643 <br><br> Judge Tharp <br> Magistrate Judge Weisman |

## STIPULATION OF DISMISSAL

Plaintiff Florence Mussat, M.D., S.C. ("Plaintiff") and Defendant Enclarity Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff dismisses the claims asserted on behalf of a putative class against Defendant without prejudice and without costs. Plaintiff dismisses its claims against defendant John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>      & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 <br><br> Curtis C. Warner <br> 5 E. Market St., Suite 250 <br> Corning, NY 14830 | s/ Tiffany Cheung (w/ consent) <br> Tiffany Cheung <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105 <br> (415) 268-7000 <br><br> John Ellis <br> ELLIS LEGAL P.C. <br> 250 S. Wacker Drive, Suite 600 <br> Chicago, IL 60606 |

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on June 21, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notice via email to be sent to the following parties:

    John Ellis – jellis@ellislegal.com
    Ellis Legal P.C.
    200 West Madison Street, Suite 1940
    Chicago, IL  60606

    Tiffany Cheung – tcheung@mofo.com
    Morrison & Forester LLP
    425 Market Street
    San Francisco, CA  94105

    Curtis C. Warner – cwarner@warner.legal
    Warner Law Firm, LLC
    5 East Market Street, Suite 250
    Corning, NY  14830

                                        s/ Heather Kolbus
                                          Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)